STATE, EX REL. CHARLES HALEY, V. JOHN E. MCCUTCHAN,
SHERIFF, ET AL.

CHARLES HALEY V. STATE OF NEBRASKA.

FILED DECEMBER 15, 1919. Nos. 21146, 21218.

1. **Larceny:** VARIANCE. On a charge of larceny as bailee, the proof
must show that the defendant was a bailee. When the evidence
fails to sustain the charge, there is a fatal variance between the
complaint and the proof offered.

2. **Evidence** examined, *held* that it does not sustain the allegations
of the information.

ERROR to the district court for Hall county: JAMES R.
HANNA, JUDGE. *Reversed and dismissed.*

*Arthur G. Abbott* and *O. A. Abbott,* for plaintiff in
error.

*Clarence A. Davis, Attorney General, J. B. Barnes* and
*William Suhr, contra.*

ALDRICH, J.

The information charges defendant with larceny as
bailee, under which charge defendant was tried and con-
victed, and has been confined in either the county jail or
the state penitentiary since September, 1918. The record
discloses that there is a fatal variance between the com-
plaint and the proof offered to sustain the charge. The
record also shows that at no time was defendant a bailee
in this transaction; that he never saw nor spoke to the
owner, nor did he receive the car from the owner; that
there is no evidence in the record that defendant com-
mitted the crime of larceny as bailee.

This disposes of the proceedings in habeas corpus
presented in connection with this case, No. 21146.

The judgment in *Haley v. State,* No. 21218, is reversed
and the action is dismissed.

REVERSED AND DISMISSED.

SEDGWICK, J., not sitting.